Petition for Writ of Mandamus Denied and Memorandum Opinion filed
November 9, 2006








 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed November 9, 2006.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00945-CV

____________

 

IN RE HUNG QUANG LE, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On
October 30, 2006, relator filed a petition for writ of mandamus
in this court.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In the petition,
relator asked this court to compel the Honorable Judge Lynn Bradshaw-Hull,
presiding judge of County Court at Law No. 3 of Harris County, to set aside her
October 3, 2006 ruling ordering separate trials for the breach of contract case
and the extra-contractual claims.

Relator has not established that he is entitled to
mandamus relief.  Accordingly, we deny relator=s petition for writ of mandamus. 

 

PER CURIAM

 

Petition Denied and Memorandum
Opinion filed November 9, 2006.

Panel consists of Fowler, Edelman,
and Frost.